# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO CORTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY SUPERINTENDENT OF SCHOOLS,<br><br>　　　　Defendant. | Case No.: 1:17-cv-00543 DAD JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br>(Doc. 2)<br><br>ORDER DIRECTING CLERK TO ISSUE NEW CASE DOCUMENTS<br><br>ORDER DIRECTING PLAINTIFF TO COMPLETE THE SERVICE DOCUMENTS |

Gustavo Cortes initiated this action by filing a complaint and motion to proceed *in forma pauperis*. (Docs. 1, 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the motion and finds Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

When, as here, an individual seeks to proceed *in forma pauperis*, the Court is required to review the complaint and shall dismiss a complaint, or portion of the complaint, if it is "frivolous, malicious or fails to state a claim upon which relief may be granted; or . . . seeks monetary relief from a defendant who is immune from such relief." 28 U.S.C. § 1915A(b); 28 U.S.C. § 1915(e)(2). A plaintiff's claim is frivolous "when the facts alleged rise to the level of the irrational or the wholly incredible, whether or

not there are judicially noticeable facts available to contradict them." *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992). Thus, the Court has reviewed the allegations of the Complaint, and finds the allegations presented are not futile. Accordingly, the Court **ORDERS**:

1. Plaintiff's motion to proceed *in forma pauperis* is **GRANTED**;
2. The Clerk of Court is DIRECTED to issue summons as to the defendants, Kern County Superintendent of Schools;
3. The Clerk of Court is DIRECTED to serve Plaintiff with New Civil Case Documents, USM-285 Forms, a Notice of Submission of Documents form, an instruction sheet, and a copy of the Complaint;
4. Within thirty days from the date of this order, Plaintiff **SHALL** complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:
    a. A completed USM-285 form; and
    b. Four copies of the complaint filed on April 17, 2017.
5. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS SO ORDERED.

Dated: **April 19, 2017**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE