UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO CORTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY SUPERINTENDENT OF SCHOOLS,<br><br>　　　　Defendant. | No. 1:17-cv-00543-DAD-JLT<br><br>ORDER ENTERING JUDGMENT AGAINST DEFENDANT<br><br>(Doc. No. 13, 14) |

On November 17, 2017, defendant, Kern County Superintendent of Schools, filed a notice of acceptance of Rule 68 offer and request for entry of judgment. (Doc. No. 13.) Under Federal Rule of Civil Procedure 68(a), a defendant may serve an offer to allow judgment on specified terms to the opposing party at least two weeks before trial. The opposing party must accept the offer through written notice. *Id.* Thereafter, "either party may then file the offer and notice of acceptance, plus proof of service." *Id.*

Here, defendant served plaintiff's counsel with a Rule 68 offer on November 1, 2017 in the amount of $148,245.00. (Doc. No. 13 at 3.) Although plaintiff's counsel requested an additional sum to account for costs - since the current IDEA action only concerns a request for attorneys' fees - plaintiff's counsel eventually provided written acceptance of the Rule 68 offer.

1

(*Id.*)  Accordingly, the Clerk of the Court is directed to enter judgment in favor of plaintiff and against defendant in the amount of $148,245.00 and to close this action.

IT IS SO ORDERED.

Dated: **January 2, 2018**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE